

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-16-00261-CV

In the Interest of **A.A.V.**, Jr. and B.M.V., Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-01521
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE PULLIAM

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 28, 2016.

_Karen Angelini_
Karen Angelini, Justice